```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**MORALES,** *on behalf of himself, FLSA Collective Plaintiffs, and the Class*,

              **Plaintiff,**

-against-

**NAIVE MELODY 24 LLC ET AL.,**

              **Defendants.**

22-cv-07918 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

On September 16, 2022, Plaintiff filed a Complaint commencing this action against Defendants Naive Melody 24 LLC and Christian Rowan. ECF No. 1. Plaintiff alleges violations of the Fair Labor Standards Act, 29 U.S.C. §§201 et. Seq. ("FLSA") and the New York Labor Law ("NYLL"). On December 23, 2022 Defendants filed an Answer to Plaintiff's complaint. ECF No. 14. On December 2, 2022, the Court entered a mediation referral order in this matter. ECF No. 12. Accordingly, a mediation conference was scheduled for February 1, 2023.

The parties are hereby **ORDERED** to submit a joint status report on the current status of this action by no later than **February 15, 2023**.

**SO ORDERED.**

Dated:   February 7, 2023
           New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**