UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENRIQUE MORALES, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

Plaintiff,

v.

NAIVE MELODY 24 LLC
d/b/a MARIAN'S and CHRISTIAN ROWAN,

Defendants.

Case No.: 1:22-cv-07918

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff ENRIQUE MORALES hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated July 14, 2023, and annexed hereto as **Exhibit A**.

Dated: July 17, 2023

Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2023, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Adam I. Kleinberg
SOKOLOFF STERN LLP
179 Westbury Avenue, 2nd Floor,
Carle Place, New York 11514
(516) 334-4500
akleinberg@sokoloffstern.com
*Attorney for Defendants*

By: _____
C.K. Lee, Esq.