**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ENRIQUE MORALES, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

NAIVE MELODY 24 LLC
d/b/a MARIAN'S and CHRISTIAN ROWAN,

                Defendants.

**Case No.**: 1:22-cv-07918

**[PROPOSED]**
**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants NAIVE MELODY 24 LLC, and CHRISTIAN ROWAN (collectively "Defendants"), having offered to allow Plaintiff ENRIQUE MORALES ("Plaintiff") to take a judgment against them, in the sum of Sixty Thousand Dollars and No Cents ($60,000.00), to resolve all of Plaintiff's claims against Defendants in his Complaint in the above captioned action, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated July 14, 2023 and filed as Exhibit A to Docket Number 24;

**WHEREAS**, on July 17, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 24);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff ENRIQUE MORALES, in the sum of $60,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated July 14, 2023 and filed as Exhibit A to Docket Number 24. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2023           _____
      New York, New York                                    U.S.D.J.